FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 18 AM 9:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RICHARD QUACKENBUSH,

    Plaintiff,

v.

    Case No.: 03-2814 D

UNITED STATES OF AMERICA,

    Defendant.

ORDER DENYING MOTION FOR RELEASE PENDING REVIEW

Before the Court is the motion of Plaintiff Richard Quackenbush for release pending review of his petition pursuant to 28 U.S.C. § 2255. The Government has filed a response in opposition to the motion. Upon review of the motion and the entire case file, the Court finds that cause does not exist for relief.

Accordingly, Defendant's motion for release is DENIED.

**IT IS SO ORDERED** this 17th day of May, 2005.

    BERNICE BOUIE DONALD
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02814 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Curtis S. Fallgatter
FALLGATTER & FARMAND, P.A.
200 East Forsyth St.
Jacksonville, FL 32202

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT